IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN PARKER,

    Plaintiff,

    v.

STX PAN OCEAN CO., LTD.,

    Defendant.

No. C 09-05922 WHA

**ORDER REGARDING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

It is always well and good for one defendant to desire company in its potential liability and to stipulate to adding additional deep pockets, but has the additional deep pocket (C&H Sugar) stipulated to being so generously joined, after, it should be said, the discovery cutoff and within three months of trial? This point should be addressed in briefing on the pending motion, not to mention why it took so long for counsel to find out about C&H's alleged role.

**IT IS SO ORDERED.**

Dated: January 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE