IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STX PAN OCEAN CO., LTD.,<br><br>　　　　　Defendant.<br>_____/ | No. C 09-05922 WHA<br><br>**NOTICE REGARDING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

　　　Plaintiff would be well-advised to have a representative for the potential new defendant present at the hearing on plaintiff's motion to make a special appearance to be heard on whether or not the motion should be granted.

Dated: January 10, 2011.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE