IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>STX PAN OCEAN CO., LTD.,<br><br>    Defendant.<br>                                                  / | No. C 09-05922 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND SCHEDULING ORDER** |

      As stated at the hearing, plaintiff's motion for leave to file a first amended complaint is **GRANTED**. Also as stated, C&H Sugar has until tomorrow, **FEBRUARY 4, 2011, AT NOON**, to file a notice of whether it accepts service of the new complaint. Plaintiff has **FIVE CALENDAR DAYS** from the date of this order to file its proposed amended complaint as its first amended complaint. Defendants have until **MARCH 3, 2011**, to respond to the complaint and bring claims against any additional parties. A further case management conference will be held on **MARCH 22, 2011, AT 3:00 P.M.** The pretrial conference scheduled for March 7 and the trial scheduled for March 14 are **VACATED**.

      **IT IS SO ORDERED.**

Dated: February 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE