**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN PARKER,

    Plaintiff,

v.

STX PAN OCEAN CO., LTD., and C&H SUGAR CO., INC.,

    Defendants.
    /

No. C 09-05922 WHA

**ORDER GRANTING REQUEST OF PLAINTIFF'S COUNSEL REGARDING CASE MANAGEMENT CONFERENCE**

    For good cause shown, it will suffice for Daniel Weltin, counsel of record for plaintiff, to attend the case management conference in this matter in lieu of his co-counsel, Philip Weltin.

    **IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE