IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STX PAN OCEAN CO LTD.,<br>and C&H SUGAR CO., INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/<br>AND RELATED COUNTERCLAIMS.<br>　　　　　　　　　　　　　　　　　/ | No. C 09-05922 WHA<br><br><br>**ORDER SETTING HEARING**<br>**RE PLAINTIFF'S**<br>**DISCOVERY DISPUTE** |

　　　The Court is in receipt of plaintiff's letter of July 8, 2011, concerning a discovery dispute and hereby **SETS** a further meet-and-confer starting from **9:30 A.M. THROUGH 2:00 P.M. ON WEDNESDAY, JULY 20, 2011**, in the Court's jury room (with a 45-minute lunch break at noon) located in the federal courthouse on the 19th floor in San Francisco.  At 2:00 p.m., the Court shall hear and resolve any remaining issue(s) in Courtroom No. 9.  Defendants' response is due by noon on July 15.

　　　Please be reminded that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

　　　**IT IS SO ORDERED.**

Dated: July 11, 2011.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE