IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN PARKER,

    Plaintiff,

  v.

STX PAN OCEAN CO LTD.,
and C&H SUGAR CO., INC.,

    Defendants.
                                /

AND RELATED COUNTERCLAIMS.
                                /

No. C 09-05922 WHA

**ORDER RE-SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

    The Court hereby **RESETS** the meet-and-confer to start from **9:00 A.M. AND CONTINUING THROUGH TO 1:45 P.M. ON WEDNESDAY, JULY 27, 2011**, in the Court's jury room, with a 45-minute lunch break at noon, located in the federal courthouse on the 19th floor in San Francisco. At 1:45 p.m., the Court shall hear and resolve any remaining issue(s) in Courtroom No. 9.

    Please be reminded that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    *There will be no more continuances.*

    **IT IS SO ORDERED.**

Dated: July 18, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE