1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STX PAN OCEAN CO., LTD.; C&H SUGAR CO., INC.,<br><br>　　　　Defendant. | Case No. CV-09-05922-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Judge **William H. Alsup**<br>Courtroom 9, 19th Floor<br><br>Trial Date:　March 5, 2012 |

AND ALL RELATED ACTIONS

　　　　It is hereby stipulated by and between Plaintiff STEVEN PARKER, by and through his counsel of record herein WELTIN LAW OFFICE, P.C.; Defendant STX PAN OCEAN CO., LTD., by and through its counsel of record herein KEESAL YOUNG & LOGAN; and Defendant C&H SUGAR COMPANY, INC., by and through its counsel of record herein GIBSON ROBB & LINDH LLP; that the mediation completion date originally set for July 29, 2011, be continued to October 31, 2011. This stipulation is made in light of the fact that the parties need more time to conduct discovery in order to be adequately prepared for an effective mediation. Defendant C&H SUGAR COMPANY, INC. ("C&H") recently appeared in the case on March 2, 2011. C&H produced over 1,800 pages of documents on July 1, 2011, and is awaiting receipt of Plaintiff's subpoenaed medical records. The fact that most of the primary witnesses are located overseas has caused additional delay in scheduling the necessary depositions.

1  In light of these facts, the parties have stipulated to continue the mediation completion
2  date to October 31, 2011. The parties have no objection to proceeding with the scheduled trial
3  date of March 12, 2012.

18  .

20  PURSUANT TO STIPULATION, IT IS SO ORDERED. The mediation completion date
21  originally set for July 29, 2011, has been vacated and the new mediation completion date has
22  been set for October 31, 2011. There will be no further extensions and this order shall not
23  affect other deadlines in this case.

24  Dated: July 20, 2011.

            _____
            WILLIAM ALSUP
            Judge of the District Court