**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER,<br><br>  Plaintiff,<br><br> v.<br><br>STX PAN OCEAN CO., LTD, *et al.,*<br><br>  Defendants.<br>_____ / | No. C 09-05922 WHA<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Defendant C&H Sugar Company, Inc., has submitted a request for leave to file a motion for summary judgment. No opposition has been submitted. Thus, the request for leave to file a motion for summary judgment is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE