| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
| | john.giffin@kyl.com |
| 2 | JOHN COX, CASB No. 197687 |
| | john.cox@kyl.com |
| 3 | SAMIR J. ABDELNOUR, CASB No. 271636 |
| | samir.abdelnour@kyl.com |
| 4 | Keesal, Young & Logan |
| | A Professional Corporation |
| 5 | 450 Pacific Avenue |
| | San Francisco, California  94133 |
| 6 | Telephone: (415) 398-6000 |
| | Facsimile:  (415) 981-0136 |
| 7 | |
| | Attorneys for Defendant |
| 8 | STX PAN OCEAN CO., LTD. |

PHILIP R. WELTIN, CASB No. 46141
DANIEL R. WELTIN, CASB No. 226600
WELTIN STREB & WELTIN, LLP.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone: (510) 251-6060
Facsimile:  (510) 251-6040

Attorneys for Plaintiff
STEVEN PARKER

MARKER E. LOVELL, CASB No. 208659
mlovell@gibsonrobb.com
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001

Attorneys for Defendant
C&H SUGAR COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN PARKER, | ) | Case No. C09-05922-WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION REGARDING** |
| vs. | ) | **MANDATORY SETTLEMENT** |
| | ) | **CONFERENCE** |
| STX PAN OCEAN CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1   This matter is set for trial on March 5, 2012.

2   On October 28, 2011, the parties participated in mediation before JAMS mediator Jerry Spolter. The Plaintiff attended the mediation in person as did representatives for both Defendants. The defense representatives each had full settlement authority. The parties negotiated in good faith, but were unable to reach a settlement at the mediation. However, they have continued settlement discussions by telephone with the assistance of the mediator. At this point, counsel for the parties do not believe that they can make any additional progress in discussing settlement with the mediator or among themselves.

The parties, by and through their counsel of record, therefore stipulate that the Court may refer this matter to an available magistrate judge for a mandatory settlement conference. The parties ask that the Court refer the matter to Magistrate Judge Laporte or Magistrate Judge James.

Respectfully Submitted,

Dated: January 10, 2012      KEESAL YOUNG & LOGAN

By: /s/ JOHN D. GIFFIN
    JOHN D. GIFFIN
    Attorneys for defendant
    STX PAN OCEAN CO., LTD.

Dated: January 10, 2012      GIBSON ROBB & LINDH LLP

By: /s/ MARKER E. LOVELL, JR.
    Marker E. Lovell, Jr.
    Attorneys for Defendant/Cross-Defendant
    C&H SUGAR COMPANY, INC.

Dated: January 10, 2012      WELTIN STREB & WELTIN LLP

By: /s PHILIP WELTIN
    Philip Weltin
    Attorney for Plaintiff Steven Parker

1        Good cause having been shown, the Court hereby orders that the parties
2 participate in a settlement conference on or before February 20, 2012. The matter is
3 referred to Magistrate Judge ____James____ for scheduling.
4        IT IS SO ORDERED.

7 DATED: January 12, 2012.

                                             William Alsup
                                             UNITED STATE DISTRICT JUDGE