JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
SAMIR J. ABDELNOUR, CASB No. 271636
samir.abdelnour@kyl.com
Keesal, Young & Logan
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendant
STX PAN OCEAN CO., LTD.

PHILIP R. WELTIN, CASB No. 46141
DANIEL R. WELTIN, CASB No. 226600
WELTIN STREB & WELTIN, LLP.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone: (510) 251-6060
Facsimile:  (510) 251-6040

Attorneys for Plaintiff
STEVEN PARKER

MARKER E. LOVELL, CASB No. 208659
mlovell@gibsonrobb.com
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001

Attorneys for Defendant
C&H SUGAR COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN PARKER, | Case No. C09-05922-WHA |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING MANDATORY SETTLEMENT CONFERENCE** |
| STX PAN OCEAN CO., LTD., | |
| Defendant. | |

1  This matter is set for trial on March 5, 2012.

2  On October 28, 2011, the parties participated in mediation before JAMS
3  mediator Jerry Spolter.  The Plaintiff attended the mediation in person as did
4  representatives for both Defendants.  The defense representatives each had full
5  settlement authority.  The parties negotiated in good faith, but were unable to reach a
6  settlement at the mediation.  However, they have continued settlement discussions by
7  telephone with the assistance of the mediator.  At this point, counsel for the parties do
8  not believe that they can make any additional progress in discussing settlement with the
9  mediator or among themselves.

10  The parties, by and through their counsel of record, therefore stipulate that
11  the Court may refer this matter to an available magistrate judge for a mandatory
12  settlement conference.  The parties ask that the Court refer the matter to Magistrate
13  Judge Laporte or Magistrate Judge James.

Respectfully Submitted,

Dated:  January 10, 2012                KEESAL YOUNG & LOGAN

By: /s/ JOHN D. GIFFIN
    JOHN D. GIFFIN
    Attorneys for defendant
    STX PAN OCEAN CO., LTD.

Dated:  January 10, 2012                GIBSON ROBB & LINDH LLP

By: /s/ MARKER E. LOVELL, JR.
    Marker E. Lovell, Jr.
    Attorneys for Defendant/Cross-
    Defendant
    C&H SUGAR COMPANY, INC.

Dated:  January 10, 2012                WELTIN STREB & WELTIN LLP

By: /s PHILIP WELTIN
    Philip Weltin
    Attorney for Plaintiff Steven Parker

1  Good cause having been shown, the Court hereby orders that the parties
2  participate in a settlement conference on or before February 20, 2012.  The matter is
3  referred to Magistrate Judge ____James____ for scheduling.
4        IT IS SO ORDERED.

7  DATED:  January 12, 2012.

                _____
                William Alsup
                UNITED STATE DISTRICT JUDGE