IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN PARKER,

    Plaintiff,

  v.

STX PAN OCEAN CO. LTD., and
C&H SUGAR CO., INC.,

    Defendants.
                                  /

No. C 09-05922 WHA

**ORDER REQUIRING RESPONSE**

      The complaint alleges that defendant C&H Sugar Company, Inc., was the owner of the C&H Sugar terminal in Crockett, California. Does the owner of a terminal have an independent duty under maritime law to supervise stevedoring activities for the protection of the stevedores? If so, can this duty be contracted away to a middleman? Please respond in five pages or less **BY NOON ON WEDNESDAY, FEBRUARY 15, 2012.**

    **IT IS SO ORDERED.**

Dated: February 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE