IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN PARKER,

    Plaintiff,

v.

STX PAN OCEAN CO. LTD., and
C&H SUGAR CO., INC.,

    Defendants.

No. C 09-05922 WHA

**ORDER REGARDING NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties for their notice of settlement of this action. The parties have requested all matters in this action be stayed until a stipulation regarding a settlement can be filed. This request is **DENIED**. The hearing set for February 16, 2012, will take place as scheduled, and all dates set forth in the case management order will remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: February 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE