IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER, | No. C 09-05922 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| STX PAN OCEAN CO. LTD, and C&H SUGAR CO., INC., | |
| Defendants. | |

At the hearing today, the parties stipulated that this action has settled and requested dismissal with prejudice. Based on this representation, the action is **DISMISSED WITH PREJUDICE.** The Court will not retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

Dated: February 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE